IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BYRSON CITY DIVISION
2:09 cr 27

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KENNETH OWLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS CAUSE** coming on before the court, pursuant to a motion entitled "Defendant's Motion to Continue Competency Hearing" (#33). It appearing to the court that good cause has been shown for the granting of said motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Defendant's Motion to Continue Competency Hearing" (#33) is hereby **ALLOWED** and the competency hearing in this matter be continued to **July 29, 2010.**

Signed: July 20, 2010

_____
Dennis L. Howell
United States Magistrate Judge