IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09CR27

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KENNETH OWLE. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion to Transport Defendant to Buncombe County Jail for Evaluation. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Transport Defendant to Buncombe County Jail for Evaluation (#57) is **GRANTED,** and the United States Marshal is directed to transport and house defendant in such a manner that he housed and available in Buncombe County Jail on October 15, 2010, from 9 a.m. until 5 p.m. for purposes of conducting a mental health evaluation by a court-appointed mental health expert.

Signed: September 30, 2010

Dennis L. Howell
United States Magistrate Judge