# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 2:09cr27

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KENNETH RANDALL OWLE. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion for Preliminary Order of Forfeiture (#69),[1] specifically referred to the undersigned by the district court in accordance with 28, United States Code, Section 636(b), Rule 32.2, Federal Rules of Criminal Procedure, Rule 32.4, Local Criminal Rules, and the Standing Order of Referral, 1:11mc1 (W.D.N.C. 2011). For the reasons provided in the motion, the government's Motion for Preliminary Order of Forfeiture (#69) is **GRANTED** as follows:

As a result of the guilty plea of the defendant to Count Two of the Bill of Indictment, for which the United States sought forfeiture pursuant to 21 U.S.C. § 853, the defendant shall forfeit to the United States all property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation; and/or all property used or intended to be used in any manner or part to

---

[1]     The government is respectfully reminded that a proposed Order must be submitted via CyberClerk with such motion.

commit or facilitate the commission of the violation.

The Court has determined, based on the Bill of Indictment and the guilty plea of the defendant, that the below-described property is subject to forfeiture pursuant to 21 U.S.C. § 853, that defendant has stipulated to such forfeiture and agreed that the required nexus exists (Plea Agreement, at ¶ ¶ 29-30), and that the government has in fact established the requisite nexus between such property and such violations and that the defendant had an interest in the property. The court has also determined that defendant has agreed to entry of this Order, id., at ¶ 31, and waived any additional notice concerning this forfeiture. Id., at ¶ 32.

It is therefore **ORDERED**:

1. The following property is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

- **Hi-Point, JCP, .40 caliber pistol, serial number 727418;**

- **8 rounds of 7.62x39 caliber ammunition**.

2. The Attorney General (or a designee) is authorized to seize the forfeited property subject to forfeiture; to conduct any discovery proper in identifying, locating, or disposing of the property; and to commence proceedings that comply with any statutes governing third party rights. Fed. R. Crim. P. 32.2(b)(3).

3. Pursuant to 21 U.S.C. § 853(n)(1) and Standing Order of the Court

3:05MC302-C (September 8, 2005), the United States shall post on an official

government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice

of this order and of its intent to dispose of the property in such a manner as the United

States may direct. The United States may also, to the extent practicable, provide direct

written notice to any person known to have alleged an interest in property that is the

subject of this order of forfeiture, as a substitute for published notice as to those

persons so notified.

4. Any person, other than the defendant, having or claiming a legal interest in

any of the above-listed forfeited property may, within thirty days of the final

publication of notice or of receipt of actual notice, whichever is earlier, petition the

Court for a hearing without a jury to adjudicate the validity of the petitioner's alleged

interest in the property, and for an amendment of the order of forfeiture pursuant to

21 U.S.C. § 853(n).   The petition shall be signed by the petitioner under penalty of

perjury and shall set forth the nature and extent of the petitioner's right, title or interest

in each of the forfeited properties; the time and circumstances of the petitioner's

acquisition of the right, title, or interest in the property; and any additional facts

supporting the petitioner's claim and the relief sought. 21 U.S.C. § 853(n)(2) and (3).

5. After the disposition of any motion filed under Fed. R. Crim P. 32.2(c)(1)(A)

and before a hearing on the petition, discovery may be conducted in accordance with

the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

6. This Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgement. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

7. Upon adjudication of third-party interests, if any, this court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32(c)(2).

8. The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Signed: February 1, 2011

Dennis L. Howell
United States Magistrate Judge